UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAR 16 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:22-CR-27 |
| RYAN TERRELL KERNS THOMAS, | Violation: 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about October 28, 2019, in Berkeley County, in the Northern District of West Virginia and elsewhere, the defendant **RYAN TERRELL KERNS THOMAS**, did knowingly possess a firearm, that is a Smith & Wesson, Model M&P 40 Shield, .40 S&W caliber pistol bearing serial number JCN4059, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is possession with intent to distribute cocaine base and fentanyl; in violation of Title 18, United States Code, Section 924(c)(1)(A).

WILLIAM J. IHLENFELD, II
United States Attorney